UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YOAN LOPEZ CEPERO,

                                      Case No. 26-11131

       Petitioner,

                                      Hon. Denise Page Hood

v.

MONROE COUNTY JAIL-DORM WARDEN,
UNITED STATES ATTORNEY, IMMIGRATION
AND CUSTOMS ENFORCEMENT,
DIRECTOR OF DETROIT FIELD OFFICE,
ENFORCEMENT AND REMOVAL OPEARATIONS,

       Respondents.

_____/

**ORDER DIRECTING RESPONSE
and
NOTICE OF HEARING ON PETITION**

The Petitioner brings this Petition for a Writ of Habeas Corpus under

28 U.S.C. § 2241. The Court has reviewed the petition and deems that it is

not appropriate for summary dismissal, therefore,

IT IS ORDERED that the Clerk of Court must electronically forward a

copy of the petition and this Order, to the Office of the United States

Page 1 of  2

Attorney, Eastern District of Michigan[1] and forward a copy of the petition to the Warden of the Monroe County Jail.

The Respondents shall file an answer to this petition, along with relevant or supporting documentation within **14** days of the date of this order.   The Petitioner may reply within **7** days from receipt of the Respondents' answer.  A hearing on the petition is scheduled for **June 17, 2026, 10:00 a.m.**

In order to preserve the Court's jurisdiction over this matter, it is ordered that Petitioner's removal or deportation is hereby stayed until further order of the Court. 28 U.S.C. § 1651. For good cause shown, the Government may move to vacate this stay.

SO ORDERED.

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED:  May 18, 2026

---

[1] The petitioner remains responsible for properly serving the petition and this order does not constitute service of the petition.