**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

YOAN LOPEZ CEPERO,

      Petitioner,

                            Case No. 26-11131

v.

                            Hon. Denise Page Hood

WARDEN MONROE COUNTY
JAIL-DORM AND DETROIT FIELD
OFFICE, US IMMIGRATION AND
CUSTOMS ENFORCEMENT DIRECTOR,

      Respondents.

_____/

## ORDER REQUIRING PETITIONER TO APPEAR

The above-named Petitioner is a prisoner and a PARTY in the above-entitled action.  His appearance is necessary in conjunction with proceedings scheduled in this Court. Now therefore,

**IT IS ORDERED** that the U.S. Immigration and Customs Enforcement Agency shall produce said prisoner in this Court, at Room 218, United States Courthouse, 231 W. Lafayette, Detroit, MI 48226 on July 8, 2026, 10:30 a.m. before the Honorable Denise Page Hood.

                                    s/Denise Page Hood
                                    DENISE PAGE HOOD
                                    United States District Judge

DATED:  June 25, 2026